UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| FELIBERT ACOSTA VALDEZ,<br><br>　　　　　　Petitioner,<br>　v.<br>DEBRA HERDON, WARDEN<br>　　　　　　Respondent. | ) CV 08-0794-DDP (SH)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: APR - 8 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1